IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JASBIR SINGH,                                     *

          Petitioner,                       *

v.                                                       Case No.   4:26cv860-CDL-AGH
                                                  *                28 U.S.C. § 2241

Warden, STEWART DETENTION CENTER,
et al.,                                           *

          Respondents.                      *

_____

## J U D G M E N T

Pursuant to this Court's Order dated June 24, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 24th day of June, 2026.

David W. Bunt, Clerk


s/ Ashley N. Yates, Deputy Clerk